UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br> -against-<br><br>BROOKS BROTHERS GROUP, INC.,<br><br>        Defendant. | 20-CV-3720 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian.

  By **September 12, 2023**, and every four months thereafter, the parties are directed to file a status update regarding the Bankruptcy proceedings in In re: BBGI US, Inc., No. 20-11785 (D. Del.). In addition, within two weeks of the completion of the bankruptcy proceedings or the occurrence of any other event that would allow for the stay to be lifted, the parties shall jointly write to the Court.

  SO ORDERED.

Dated: August 29, 2023
    New York, New York

                        _____
                          ARUN SUBRAMANIAN
                         United States District Judge